No. 917. UNITED STATES EX REL. HYMAN PATTON, ETC. *v.* ROBERT E. TOD, AS COMMISSIONER OF IMMIGRATION. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. A. S. Gilbert* for petitioner. No brief filed for respondent.

No. 915. SOUTHERN UTILITIES COMPANY *v.* CITY OF PALATKA. April 21, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Florida granted. *Mr. J. T. G. Crawford* and *Mr. W. B. Crawford* for petitioner. *Mr. P. H. Odom* for respondent.

PETITIONS FOR CERTIORARI DENIED, FROM JANUARY 29, 1924, TO AND INCLUDING APRIL 27, 1924.

No. 709. NICIE HOMER *v.* D. B. LESTER ET. AL. February 18, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Guy H. Sigler* for petitioner. *Mr. W. A. Ledbetter, Mr. H. A. Ledbetter* and *Mr. J. R. Cottingham* for respondents.

No. 728. CLIFFORD E. BLACK *v.* UNITED STATES. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. W. Morrow* for petitioner. No brief filed for the United States.

No. 732. GEORGE ROBINSON *v.* UNITED STATES. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Abner H. Ferguson* and *Mr. John F. Dore* for

petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 733. PENNSYLVANIA RAILROAD COMPANY *v.* CLARK T. McDONALD. February 18, 1924. Petition for a writ of certiorari to the Court of Appeals, Third Appellate District, of the State of Ohio, denied. *Mr. J. H. Goeke* for petitioner. *Mr. D. J. Cable* and *Mr. John L. Cable* for respondent.

---

No. 737. BANK OF ITALY *v.* MERCHANTS NATIONAL BANK. February 18, 1924. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. M. C. Elliott* for petitioner. *Mr. Marion H. Fisher* for respondent.

---

No. 742. A. SCHRADER's SON, INC. *v.* JAMES MARTIN CORPORATION ET AL. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William A. Redding, Mr. Arthur C. Fraser* and *Mr. Eugene V. Myers* for petitioner. *Mr. Hugh C. Lord* and *Mr. William S. Pritchard* for respondents.

---

No. 743. UNITED STATES EX REL. ADOLPH PALEAIS *v.* JESSE D. MOORE, U. S. MARSHAL, ETC. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph G. M. Browne* and *Mr. Barnett E. Kopelman* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Harvey B. Cox* for respondent.